**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michael Fortado,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Springerville Police Department, *et al.*,<br><br>　　　　Defendants. | No. CV-25-08231-PCT-JJT<br><br>**ORDER** |

At issue is Defendants Town of Springerville, Dayson Merrill, William Gleeson, Amy Sloane, Shelly Reidhead, and Tim Rasmussen's ("Defendants") Motion for Partial Dismissal of Plaintiff's Complaint ("Motion") (Doc. 5). For the reasons set forth below, the Court will grant in part and deny in part the Motion.

Pursuant to Local Rule 7.2, the time for a party to file a responsive memorandum is fourteen days after service of the motion. The failure of a party to serve and file a responsive memorandum "may be deemed a consent to the denial or granting of the motion and the Court may dispose of the motion summarily." LRCiv 7.2(i); *see also Brydges v. Lewis*, 18 F.3d 651, 652 (9th Cir. 1994). Thirty-two days have passed since Defendants' Motion was filed on October 31, 2025, and Plaintiff has filed nothing. The Court will treat Plaintiff's silence as consent to the granting of Defendants' Motion.

Accordingly, the Court will dismiss all claims against Springerville Police Department and Round Valley Police Department because they are non-jural entitles not capable of being sued separately. *Gotbaum v. City of Phx.*, 617 F. Supp. 2d 878, 886 (D.

Ariz. 2008). (*See* Doc. 5 at 1 n.1.) The Court will also dismiss Counts One, Three, Four and Five as to Defendants Town of Springerville, Dayson Merrill, William Gleeson, Amy Sloane, Shelly Reidhead, and Tim Rasmussen. Lastly, the Court will dismiss Count Two as to Defendants Dayson Merrill, William Gleeson, Amy Sloane, Shelly Reidhead, and Tim Rasmussen. (*See* Doc. 5 at 13–14.) While Defendants broadly request that the dismissal apply to "all individual Defendants" (*id.*), the Court recognizes that Dani Goodman and Jennifer Lund—each of whom are named defendants—have not yet appeared in this matter and are not represented by counsel who bring forth the present Motion. Therefore, the Court denies Defendants' Motion as to Dani Goodman and Jennifer Lund without prejudice.

It is possible that Plaintiff can cure the pleading defects as to those Defendants other than the non-jural entities by amendment with additional, well-pled facts, so the Court will grant Plaintiff leave to amend. *Lopez v. Smith*, 203 F.3d 1122, 1130 (9th Cir. 2000). No later than fourteen days from the date of this Order, Plaintiff may file an amended complaint and a separate Notice of Filing Amended Complaint with an attached redlined copy showing the changes between the Complaint and the amendment. No new claims may be added to an amendment absent leave of court pursuant to Federal Rule of Civil Procedure 15 and Local Rule 15.1. If Plaintiff does not file an amended complaint in the time prescribed, the Clerk of Court is directed to dismiss Defendants Dayson Merrill, William Gleeson, Amy Sloane, Shelly Reidhead, and Tim Rasmussen as parties to this matter without further order of the Court.

**IT IS THEREFORE ORDERED** granting in part and denying in part Defendants Town of Springerville, Dayson Merrill, William Gleeson, Amy Sloane, Shelly Reidhead, and Tim Rasmussen's Motion for Partial Dismissal of Plaintiff's Complaint (Doc. 5).

**IT IS FURTHER ORDERED** dismissing with prejudice all claims against Springerville Police Department and Round Valley Police Department.

. . .

. . .

**IT IS FURTHER ORDERED** dismissing Counts One, Three, Four and Five as to Defendants Town of Springerville, Dayson Merrill, William Gleeson, Amy Sloane, Shelly Reidhead, and Tim Rasmussen.

**IT IS FURTHER ORDERED** dismissing Count Two as to Defendants Dayson Merrill, William Gleeson, Amy Sloane, Shelly Reidhead, and Tim Rasmussen.

**IT IS FURTHER ORDERED** denying Defendants Town of Springerville, Dayson Merrill, William Gleeson, Amy Sloane, Shelly Reidhead, and Tim Rasmussen's Motion for Partial Dismissal of Plaintiff's Complaint (Doc. 5) as to Defendants Dani Goodman and Jennifer Lund without prejudice.

**IT IS FURTHER ORDERED** granting Plaintiff leave to amend the claims dismissed above by this Order as to those Defendants other than the non-jural entities. No later than fourteen days from the date of this Order, Plaintiff may file an amended complaint and a separate Notice of Filing Amended Complaint with an attached redlined copy showing the changes between the Complaint and the amendment. No new claims may be added to an amendment absent leave of court pursuant to Federal Rule of Civil Procedure 15 and Local Rule 15.1.

**IT IS FURTHER ORDERED** directing the Clerk of Court to dismiss Defendants Dayson Merrill, William Gleeson, Amy Sloane, Shelly Reidhead, and Tim Rasmussen as parties to this matter without further order of the Court if Plaintiff does not file an amended complaint in the time prescribed.

Dated this 2nd day of December, 2025.

Honorable John J. Tuchi
United States District Judge